**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-1077**

THOMAS, LORD OF SHALFORD; LINDA, LADY OF
SHALFORD, his wife,

                                    Plaintiffs - Appellants,

        versus

SHELLEY'S JEWELRY, INCORPORATED, d/b/a
Shelley's Auction Gallery; JOETTE M. HUMPHREY;
JOHN F. LAUGHTER; BILLY R. RAMSEY; KEITH G.
SHELLEY; STANLEY R. SHELLEY,

                                    Defendants - Appellees,

        and

JEWELERS MUTUAL INSURANCE COMPANY,

                                    Defendant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-99-162-1)

Submitted: May 31, 2001          Decided: September 10, 2001

Before WILKINS, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas, Lord of Shalford, Linda, Lady of Shalford, Appellants Pro Se. Frank J. Contrivo, Andrew James Santaniello, FRANK J. CONTRIVO, P.A., Asheville, North Carolina, for Appellees.

―――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas, Lord of Shalford, and Linda, Lady of Shalford, appeal the district court's order granting summary judgment in this diversity action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lord of Shalford v. Shelley's Jewelry, Inc., No. CA-99-162-1 (W.D.N.C. Dec. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2